UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BLAKE, | No. 2:23-cv-0929 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TIA MCDANIELS, | |
| Defendants. | |

Plaintiff has filed a motion asking that this matter be dismissed. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to dismiss (ECF No. 5) is granted;

2. This action is deemed dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure; and

3. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied as moot.

Dated: June 28, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
blak0929.41a